

RECEIVED
MAR 1 1 2022
PRO SE OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Ted Chiffer

_(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

-against-

3 John Doe's, 4 Jane Doe's
U.S. Attorney's office has there
correct names

_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)_

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. **CV 22   1403**
_(to be filled in by the Clerk's Office)_

Jury Trial:    ☐ Yes    ☑ No
_(check one)_

MATSUMOTO, J.

BLOOM, M.J.

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in _forma pauperis_.

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                    Ted Chitter

Street Address          60-37 Wetherole St

City and County         Elmhurst, Queens

State and Zip Code      N.Ew H373 York 11373

Telephone Number        none

E-mail Address          none

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                    John Doe (real name known by U.S. Attorney

Job or Title                                    Eastern District)
(if known)

Street Address          60-39 wetherole St

City and County         Elmhurst Queens

State and Zip Code      New York 11373

Telephone Number

E-mail Address
(if known)

Defendant No. 2

Name — John Doe (real name known by U.S. Attorney eastern district)

Job or Title
(if known) — 

Street Address — 60-39 Wetherole St

City and County — Elmhurst   Queens

State and Zip Code — New York   11373

Telephone Number — 

E-mail Address
(if known) — 

Defendant No. 3

Name — Jane Doe (real name known by U.S. Attorney eastern district)

Job or Title
(if known) — 

Street Address — 60-39 Wetherole St.

City and County — Elmhurst   Queens

State and Zip Code — New York   11373

Telephone Number — 

E-mail Address
(if known) — 

Defendant No. 4

Name — Jane Doe (real name known by U.S. Attorney eastern district)

Job or Title
(if known) — 

Street Address — 60-39 Wetherole St

City and County — Elmhurst   Queens

State and Zip Code — New York

Telephone Number — 

E-mail Address
(if known) — 

3

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑    State or local officials (a § 1983 claim)

☐    Federal officials (a *Bivens* claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_____

_____

_____

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

_____

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_____

_____

_____

4

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Stalking done, by illeged gun, and related technollogy.

A. Where did the events giving rise to your claim(s) occur? My home is 60-37 Wetherole St.

Chemicals of 60-39 violate may my civil rights, in my own home since May of 2021. They willfully, vindictively, maliciously, and intentionally, stalk me in my own home, and target me, with their chemicals, day and night, which interfere with my life, in my own home.

B. What date and approximate time did the events giving rise to your claim(s) occur?

Day and night, since sometime in May of 2021.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Chemicals, interfere with my my life, in my own home. They're co-conspirators, in a Federal investigation. They have conspired to violate my civil rights with their chemicals since, May of 2021. They're also pill dealers. There are, F.B.I. taps on their phones. U.S. Attorney's office, has extensive information about them. I've filed over a 1,000 crime reports with the U.S. Attorney's office, about them. D.O.J. knows of them also. I've complained to D.O.J. about them numerous times. They're co-conspirators, for aiding, and abetting, domestic terrorism, and other Federal crimes.

5

IV.   **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and
state what medical treatment, if any, you required and did or did not receive.

I've been lightheaded and dizzy, quite a few times, in my own home.
Their chemicals, have come close to injuring me, thankfully, haven't.

V.   **Relief**

State briefly what you want the court to do for you.   Make no legal arguments. Do not
cite any cases or statutes.  If requesting money damages, include the amounts of any
actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis
for these claims.

Orders of protection, restraining order against their chemicals, against all at 60-39 wetherole
entering my home, and intentionally violating my civil rights,
in my to own home. And injunction, against them, so if they
violate my rights again, they will, be held in contempt. They should
pay court costs.   U.S. Attorney's office, will have
recommendations. on other possible relief.

VI.   **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an
improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the
cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for
extending, modifying, or reversing existing law; (3) the factual contentions have
evidentiary support or, if specifically so identified, will likely have evidentiary support
after a reasonable opportunity for further investigation or discovery; and (4) the
complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: March 10, 2022

Signature of Plaintiff  *Ted Chiffen*

Printed Name of Plaintiff  *Ted Chiffer*

7

# UNITED STATES POSTAL SERVICE®

# PRIORITY® MAIL

delivery date specified for domestic use.

stic shipments include up to $50 of insurance (restrictions apply).*

king® included for domestic and many international destinations.

rnational insurance.**

internationally, a customs declaration form is required.

not cover certain items. For details regarding claims exclusions see the
anual at *http://pe.usps.com.*

al Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

RATE ENVELOPE

ANY WEIGHT

ED ▪ INSURED

**FROM:**
Ted Chiffen
60-39 Wetherole St
Elmhurst, N.Y. 11373

**TO:**
Honorable Chief Justice Brodie
U.S. Courthouse, Eastern District of NY
225 Cadman Plaza East
Brooklyn, N.Y. 11201

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



)1000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.