Ted Chiffer
Never-ending civil rights victim

22 CV 1403

3/14/22

To Chief Justice Brodie:

On Saturday night, 3/12/22, I was targeted, by 60-39, again with a chemical(s), that they may've been trying to poison me with. It left a, soapy like, foam in my mouth. It could've been some, kind of soap. In the morning and afternoon, on 3/13/22, I have stomach pains, intentionally induced by their chemicals, again. The only question, I have is, are you and or the court, going to give them, another chance to poison me? While I was writing this 60-39, was targeting me, with blood and oxygen constricting chemicals. Even when I said sit and try to rest, If, R I move, they start spraying chemicals, to get me, to stop moving. They have, sound and motion detection, equipment, because of their illegal pill ~~business~~ trafficking. Because of their ignorance and arrogance, they may not be aware, of the severity, of the Federal crimes, they have and continue to commit. I'm once again, asking for immediate action by you and or the court.

Thank You,
Ted Chiffer
Ted Chiffer
60-37 Wetherole St.
Elmhurst, N.Y. 11373