Ted Chiffer
RE: Plan to kill me, again

To Chief Justice Brodie:
Last night, there was a plan to murder me, again. U.S. Attorney's office, has the information, and I requested they give you a deposition, about this.

Was this caused, by their willful and gross negligence? Maybe. Where were their investigators? There should be at least one, close by, at all times.

There is too much, you have allowed them to do, for too long. But now, that must end immediately. My life, may depend on it. This isn't the 1st plan to murder me. You must ensure, that it is the last.

Thank You
Ted Chiffer
Ted Chiffer
60-37 Wetherole St.
Elmhurst, N.Y. 11373